CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

L. SCOTT KARLIN(SBN: 90605)
lsk@karlinlaw.com
MICHAEL J. KARLIN(SBN: 272442)
mike@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendants
El Adobe Studio Building and
Compass Properties, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>     v.<br><br>EL ADOBE STUDIO BUILDING, a California Limited Partnership; COMPASS PROPERTIES, INC., a California Corporation; and Does 1-10,<br><br>          Defendants. | Case: 2:15-CV-09591-DMG-JC<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: March 11, 2016            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff

Dated: March 11, 2016            THE KARLIN LAW FIRM LLP

                                 By: /s/ Michael J. Karlin
                                     L. Scott Karlin
                                     Michael J. Karlin
                                     Attorneys for Defendants
                                     El Adobe Studio Building and
                                     Compass Properties, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael J. Karlin, counsel for El Adobe Studio Building and Compass Properties, Inc., and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: March 11, 2016          CENTER FOR DISABILITY ACCESS

                               By:  /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff