UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 15-9591-DMG (JCx) | Date | March 14, 2016 |
| Title | *Chris Langer v. El Adobe Studio Building, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of Parties' Notice of Settlement, filed March 13, 2016, indicating that the case has settled in its entirety, this action is placed in inactive status.

By May 12, 2016 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of May 13, 2016.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The order to Show Cause filed March 7, 2016 is hereby DISCHARGED.

IT IS SO ORDERED.