# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>EL ADOBE STUDIO BUILDING, a California Limited Partnership; COMPASS PROPERTIES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: CV 15-09591-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION [17]** |

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: March 16, 2016        _____
                                                                   DOLLY M. GEE
                                                       UNITED STATES DISTRICT JUDGE

1